No. 05–30.  GAMMOH ET AL. *v.* CITY OF LA HABRA, CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 05–31.  TURNER *v.* ROGER MILLER MUSIC, INC.  C. A. 6th Cir.  Certiorari denied.

No. 05–32.  RAHMANI *v.* FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 05–33.  ROQUET ET AL. *v.* ARTHUR ANDERSEN LLP.  C. A. 7th Cir.  Certiorari denied.

No. 05–34.  DUGAS *v.* PARKER, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 05–35.  TAYLOR *v.* POTTER, POSTMASTER GENERAL.  C. A. 5th Cir.  Certiorari denied.

No. 05–38.  HOLMES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–44.  SHAPIRO *v.* PENNSYLVANIA STATE BOARD OF ACCOUNTANCY.  Commw. Ct. Pa.  Certiorari denied.

No. 05–46.  KAY ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 05–49.  CONLEY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–50.  CAMPBELL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–53.  TAAL ET UX. *v.* ZWIRNER ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 05–56.  O'BRIEN *v.* LUCAS ASSOCIATES PERSONNEL, INC., DBA LUCAS GROUP, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 05–57.  McCOY *v.* CITY OF MOBILE, ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.